# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. JOE,<br><br>        Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-CV-00244-OWW-LJO-P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, PROVIDING SERVICE DOCUMENTS TO PLAINTIFF, AND DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS WITHIN ONE-HUNDRED TWENTY DAYS<br><br>(Doc. 1) |

I.    <u>Order Directing Plaintiff to Initiate Service of Process</u>

Plaintiff Michelle L. Joe ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 22, 2005. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that plaintiff's complaint appears to state cognizable claims for relief under section 1983 against defendants Mekkam, Suryadevara, Goodwin, and Kruse for acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment.[1]

Plaintiff paid the filing fee in full for initiating this action. Because plaintiff is not proceeding in forma pauperis, it is plaintiff's responsibility to effect service of the summons and complaint on defendants Mekkam, Suryadevara, Goodwin, and Kruse. The Clerk of the Court will

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that defendants Does 1-3, Schwarzenegger, Woodford, and Kanan, and the Eighth Amendment claims against them, be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

1

1  be directed to issue four summonses to plaintiff for purposes of service of process.  See Fed. R. Civ.
2  P. 4.
3       Plaintiff shall complete service of process in accordance with Federal Rule of Civil Procedure
4  4 within one-hundred twenty (120) days from the date of service of this order.  Plaintiff shall serve
5  a copy of this order on each defendant together with a copy of the summons and complaint.  The
6  following two sections contain instructions on how to serve defendants.
7       A.     Waiver of Service
8       Pursuant to Rule 4(d)(2), plaintiff may (but is not required to) notify defendants Mekkam,
9  Suryadevara, Goodwin, and Kruse of the commencement of this action and request that they waive
10 service of the summons.  Fed. R. Civ. P. 4(d)(2).  If plaintiff wishes to do this, she must mail each
11 defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for
12 Summons," (2) the form entitled "Waiver of Service of Summons," and (3) a copy of the complaint.
13 The documents must be addressed directly to each defendant (not the Attorney General's Office) and
14 must be dispatched (mailed) through first-class mail.  The Waiver of Service of Summons form must
15 set forth the date on which the request is sent and must allow each defendant at least thirty (30) days
16 in which to return the waiver to plaintiff.  If defendants sign and return the waiver forms to plaintiff,
17 plaintiff must then file the forms with the court.  After filing the forms with the court, plaintiff need
18 not take any further steps to serve defendants.  Fed. R. Civ. P. 4(d)(4).
19      B.     Personal Service
20      If either (1) plaintiff does not wish to request defendants to waive service or (2) one or more
21 of the defendants fail to return the Waiver of Service of Summons form to plaintiff, plaintiff must
22 have personal service effected on defendants.  Each defendant must be personally served with a
23 summons and copy of the complaint, along with a copy of this order.  Plaintiff may not effect
24 personal service herself.  Fed. R. Civ. P. 4(c).  Service may be effected by any person who is not a
25 party to this action and who is at least eighteen years old.  Id.  The court will provide plaintiff with
26 a copy of Rule 4 along with this order.  Plaintiff should review Rule 4(e)(2), which addresses how
27 personal service may be effected.
28 ///

C. <u>Conclusion</u>

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue and send plaintiff four (4) summonses.
2. The Clerk is further directed to send plaintiff:
   a) One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"
   b) One (1) copy of the form entitled "Waiver of Service;"
   c) One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and
   d) One (1) copy of Rule 4 of the Federal Rules of Civil Procedure
3. Plaintiff shall complete service of process on defendants Mekkam, Suryadevara, Goodwin, and Kruse within **one-hundred twenty (120) days** from the date of service of this order. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on defendants at the time of service of the summons and complaint.
4. Plaintiff's failure to timely complete service of the complaint on the defendants Mekkam, Suryadevara, Goodwin, and Kruse may result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

**Dated:   August 21, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE