UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. JOE, | 1:05-cv-00244-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 6) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff Michelle J. Joe ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 22, 2005, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint, filed February 22, 2005, against defendants Mekkam, Suryadevara, Goodwin, and Kruse for acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment; and,

3. Defendants Does 1-3, Schwarzenegger, Woodford, and Kanan, and the Eighth Amendment claims against them, are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

Dated:   October 11, 2005                   /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

2