# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. JOE,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | CASE NO. 1:05-CV-00244-OWW-LJO-P<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECT SERVICE WITHIN ONE-HUNDRED TWENTY DAYS<br><br>(Doc. 7) |

Plaintiff Michelle L. Joe ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 22, 2005. On August 22, 2005, the Court issued an order requiring Plaintiff to effect service of summonses and the complaint on Defendants Mekkam, Suryadevara, Goodwin, and Kruse within one-hundred twenty days. More than one-hundred twenty days have passed. There is no evidence in the record demonstrating that Plaintiff effected service on Defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Pursuant to Rule 4(m), the Court directed Plaintiff to effect service within a specified time. There is no indication in the record that Plaintiff has done so. Therefore, pursuant to Rule 4(m),

///

1

Plaintiff shall be ordered to show cause why this action should not be dismissed for failure to effect service of process on Defendants Mekkam, Suryadevara, Goodwin, and Kruse.

Accordingly, it is HEREBY ORDERED that:

1. Pursuant to Rule 4(m), Plaintiff shall show cause within thirty (30) days from the date of service of this order why this action should not be dismissed for failure to effect service of process on Defendants; and

2. The failure to respond to this order, or the failure to show good cause, will result in the dismissal of this action, without prejudice, for failure to effect service on Defendants.

IT IS SO ORDERED.

**Dated:   February 16, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE